NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DARRELL DWAYNE WHITE,       )
DOC #501185,                    )
                                )
       Appellant,        )
                                )
v.                        )    Case No. 2D18-1915
                                )
STATE OF FLORIDA,        )
                                )
       Appellee.         )
_____)

Opinion filed April 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Thomas P. Barber,
Judge.

Darrell Dwayne White, pro se.

PER CURIAM.

       Affirmed.

VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.